CHARLES M. HIBBARD, Respondent, *v.* THE COMMERCIAL
ALLIANCE LIFE INSURANCE COMPANY of New York,
Appellant.

(Submitted December 11, 1893; decided January 16, 1894.)

APPEAL from order of the General Term of the Superior
Court of the city of New York, made July 3, 1893, which
affirmed an order of Special Term granting a motion to refer
and appointing a referee.

*Geo. Wilcox* for appellant.

*Lucius McAdam* for respondent.

Agree to affirm ; no opinion.
All concur, except BARTLETT, J., not sitting.
Order affirmed.

---

THE WEST SIDE RAILROAD COMPANY of Elmira, New York,
Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN
RAILROAD COMPANY, Appellant.

(Argued December 11, 1893 ; decided January 16, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made September 12,
1893, which reversed an order of Special Term denying an
application by plaintiff to intersect the tracks of defendant.

*D. C. Robinson* for appellant.

*Frederick Collin* for respondent.

Agree to affirm ; no opinion.
All concur, except BARTLETT, J., not sitting.
Order affirmed.